UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**M I N U T E   O R D E R**

Nigel Fredericks,

      v                              **Civil Action No. 9:17-CV-15**

B. Borden,

The Court having been advised that the plaintiff in this action is currently incarcerated outside of the Northern District of New York, and that it appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes, the above entitled action is hereby stayed pending plaintiff's release from incarceration or return to the district.

**IT IS HEREBY ORDERED THAT:** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code 18) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this minute order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party may reopen the action by advising the Court in writing.

Upon notification to reopen the action, the parties are directed to request a Rule 16 conference with the Court so that a new scheduling order can be issued.

The clerk of the Court is directed to serve a copy of this order on all parties to the action.

Dated: February 4, 2020

David N. Hurd
U.S. District Judge